# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MORGAN,** | : | **CIVIL ACTION NO. 1:08-CV-377** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **HAIN PURE PROTEIN** | : | |
| **CORPORATION,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 30th day of April, 2008, upon consideration of the representations of counsel (Doc. 7) and all other papers and proceedings herein, it is hereby ORDERED that the settlement of this action is APPROVED, pursuant to Section 16(b) of the FLSA, 29 U.S.C. §216(b), as a fair, reasonable, and adequate compromise of Plaintiffs' FLSA claims, and that this action is DISMISSED WITH PREJUDICE.

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge